IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MORALES,<br><br>    Plaintiff,<br><br>    v<br><br>PELICAN BAY STATE PRISON,<br><br>    Defendants. | Case No C 06-4175 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on May 29, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Neah Huynh

    ☐ Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10  The parties agree to consent to the Honorable Nandor J Vadas for trial.

11

12  Date:  6/9/09              _____
                              Nandor J Vadas
13                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MORALES                      No. C 06-4175 PJH

v.                            CERTIFICATE OF SERVICE

PELICAN BAY STATE PRISON
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/9/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3