UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS MORALES,

        Plaintiff,

   v.

PELICAN BAY STATE PRISON, JACQUEZ, FERGUSON, and COLEMAN,

        Defendants.

                   /

No. C 06-4175 PJH (PR)

**ORDER SETTING SCHEDULE**

       This is a civil rights case brought pro se by a prisoner at Pelican Bay State Prison. Summary judgment was granted for defendant Ferguson, the only defendant remaining in the case, but plaintiff's motion to alter or amend the judgment subsequently was granted and the case reopened. Upon reopening it was referred to Magistrate Judge Nandor Vadas to conduct a settlement proceeding. Judge Vadas now has reported that the case did not settle.

       The parties shall comply with the following deadlines. Because of the age of the case, extensions will be granted only in the most compelling circumstances.

       (1) Any amendment to the complaint shall be filed by June 29, 2009.

       (2) Dispositive motions must be filed by July 31, 2009. If defendant desires to renew his previous motion for summary judgment he may do so by reference, and if he does so, plaintiff may renew his opposition by reference.

If a party desires to oppose a dispositive motion, he must do so within twenty-one days of the date the motion is served upon him. Any reply is due within fourteen days of service of the opposition. Dispositive motions will be ruled upon without oral argument unless the

1  court orders otherwise at a later date.

2  **IT IS SO ORDERED.**

3  Dated:  June 26, 2009.

4  _____
   PHYLLIS J. HAMILTON
   United States District Judge

28  G:\PRO-SE\PJH\CR.06\MORALES175.SCHEDULE.wpd