UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MORALES,<br><br>    Plaintiff,<br><br>  v.<br><br>PELICAN BAY STATE PRISON, JACQUEZ, FERGUSON, and COLEMAN,<br><br>    Defendants.<br>_____/ | No. C 06-4175 PJH (PR)<br><br>**ORDER TERMINATING MOTION FOR SUMMARY JUDGMENT** |

Because movant Ferguson has elected to abandon his first motion for summary judgment and file a comprehensive motion in place of it, the clerk shall terminate the motion (document number 50 on the docket).

**IT IS SO ORDERED.**

Dated: 2/2/10

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\CR.06\MORALES175.TERMINATE.wpd