**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5                           OAKLAND DIVISION

6

7   JOSE LUIS MORALES,

8                 Plaintiff,                    No. C 06-4175 PJH (PR)

9        v.

10  PELICAN BAY STATE PRISON,          **ORDER DENYING MOTION**
    JACQUEZ, FERGUSON, and             **TO DESIGNATE ACTION AS**
11  COLEMAN,                           **A STRIKE**

12                Defendants.
                                    /
13

14        This civil rights case filed pro se by a state prisoner was dismissed and closed in

15  2010 when the court granted defendants' motion for summary judgment.  The dismissal

16  was affirmed by the Ninth Circuit (Docket No. 107), the Ninth Circuit denied the petition for

17  panel rehearing (Docket No. 108) and the Supreme Court denied the petition for a writ of

18  certiorari (Docket No. 112).  Since the case was closed, plaintiff has filed several frivolous

19  motions in this court that have been denied and appeals to the Ninth Circuit that are

20  pending.  Defendants have now filed a motion to designate this action as a 'strike' pursuant

21  to 28 U.S.C. § 1915, due to plaintiff's actions after this case was closed.

22        As noted above, this case was closed when summary judgment was granted to

23  defendants.  Yet, a grant of summary judgment alone, is not a determination that the action

24  was frivolous, malicious or failed to state a claim.  *See Martinez v. U.S.*, 812 F.Supp.2d

25  1052, 1057 (C.D. Cal 2010); *Barela v. Variz*, 36 F.Supp.2d 1254, 1259 (S.D. Cal.1999); *see*

26  *also Hardney v. Lamarque*, 2007 WL 2225996 *2 (E.D.Cal. 2007).  The court did not find

27  that plaintiff's case was frivolous or malicious when summary judgment was granted and

28

the court will not alter its decision.[1]  Defendants' motion (Docket No. 121) is **DENIED**.  As stated in a prior order, the court will not entertain any future filings from plaintiff in this case.

**IT IS SO ORDERED.**

Dated: June 24, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.06\Morales0175.ord2.wpd

United States District Court

For the Northern District of California

---

[1] The Ninth Circuit also recently denied defendants' motion to certify the appeal as frivolous or malicious.  Docket No. 126

2